**Arthur Lewis McELROY, Plaintiff–Appellant,**

v.

**Sergeant STANLEY; Officer McLamb; Martin McDade; Robert Lewis; Chaplin Balcomb; Chaplin Haynes; Correctional Officer Herberlien; John Doe, Defendants–Appellees.**

**No. 01-7409.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 7, 2001.

Decided Dec. 20, 2001.

Arthur Lewis McElroy, Pro Se. John Payne Scherer, II, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before WILKINS, LUTTIG, and KING, Circuit Judges.

PER CURIAM.

Arthur Lewis McElroy appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for appointment of appellate counsel and affirm substantially on the reasoning of the district court.* *See McElroy v. Stanley*, No. CA–98–877–5–CT–BR (E.D.N.C. July 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Assuming without deciding that the Religious Land Use and Institutionalized Persons Act of 2000, Pub.L. No. 106–274, 114 Stat. 803 (co- *dified at* 42 U.S.C. § 2000cc) may be applied retroactively to Appellant's case, we find the Act affords him no basis for relief.